**Brigitte VOSSE, Plaintiff–Appellant,**

v.

**The CITY OF NEW YORK, Commissioner Robert D. Limandri, of the New York City Department of Buildings, Defendants–Appellees.**

No. 13–4606.

United States Court of Appeals, Second Circuit.

Jan. 12, 2015.

Timothy L. Collins (Gideon Orion Oliver, on the brief), Collins, Dobkin & Miller LLP, New York, NY, for Appellant.

Elizabeth S. Natrella (Pamela Seider Dolgow, on the brief), for Zachary W. Car-

ter, Corporation Counsel, City of New York, New York, NY, for Appellees.

PRESENT: RICHARD C. WESLEY, PETER W. HALL and GERARD E. LYNCH, Circuit Judges.

### SUMMARY ORDER

Plaintiff–Appellant Brigitte Vosse brought this action against the City of New York and the Commissioner of the New York City Department of Buildings. Vosse alleged that the City infringed upon her right to free speech by fining her for hanging an illuminated peace symbol outside the 17th–floor window of her condo. The district court dismissed for lack of standing in a memorandum and order dated November 8, 2013. Vosse now appeals.

We **AFFIRM** for substantially the same reasons stated by the district court in its memorandum.[1]

---

1. To the extent that Vosse attempted to bring a First Amendment claim that was not based on content discrimination and thus was not subject to the district court's standing analy- sis, we conclude that this issue has been inadequately presented on appeal. *See Krist v. Kolombos Rest. Inc.,* 688 F.3d 89, 98 (2d Cir.2012).